IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORRAINE MEMORY WILKIN, R.N., <br><br>Plaintiff, <br><br>vs. <br><br>STATE OF NEVADA ex rel. THE NEVADA DEPARTMENT OF PRISONS, et al. <br><br>Defendants. | Case No. 3:08-cv-00187-LRH-RAM <br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br>AND ORDER THEREON |

Plaintiff, Lorraine Memory Wilkin, by and through her attorneys, Robert Hager and Treva Hearne, and Defendants, State of Nevada *ex rel*. Department of Prisons, Glen Whorton, E.K. McDaniel, Joe Brackbill, Mary Eaton, Stephen MacAruthur and Bruce Bannister, by and through their attorneys, Catherine Cortez Masto, Attorney General of the State of Nevada, and Kristen R. Geddes, Deputy Attorney General, and hereby stipulate and agree that all proceedings in the above-captioned matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

This *Stipulation For Dismissal With Prejudice* is based upon an out-of-court settlement reached by Plaintiff and Defendants in this matter, which settlement has been memorialized in a settlement agreement executed by and between the parties.

Dated: 7/30/10                              Dated: _____

                                            CATHERINE CORTEZ MASTO
                                            Attorney General

By: _____               By: _____
TREVA J. HEARNE, ESQ.                       Kristen R. Geddes
ROBERT R. HAGER, ESQ.                       Deputy Attorney General
HAGER & HEARNE                              100 N. Carson Street
245 E. Liberty Street                       Carson City, NV 89701
Suite 110
Reno, NV 89501                              *Attorneys for Defendants*

*Attorneys for Plaintiff*

This *Stipulation For Dismissal With Prejudice* is based upon an out-of-court settlement reached by Plaintiff and Defendants in this matter, which settlement has been memorialized in a settlement agreement executed by and between the parties.

Dated: _____  Dated: __7/28/10__

                                                                                                      CATHERINE CORTEZ MASTO
                                                                                                      Attorney General

By: _____  By: _/s/ Kristen Geddes_____
TREVA J. HEARNE, ESQ.         Kristen R. Geddes
ROBERT R. HAGER, ESQ.         Deputy Attorney General
HAGER & HEARNE                100 N. Carson Street
245 E. Liberty Street         Carson City, NV 89701
Suite 110
Reno, NV 89501                *Attorneys for Defendants*

*Attorneys for Plaintiff*

2

## ORDER

Having considered the preceding *Stipulation for Dismissal with Prejudice*, as agreed to by the parties hereinabove, and for other GOOD CAUSE, the Court hereby ORDERS that this case be DISMISSED with PREJUDICE.

**IT IS SO ORDERED**.

DATED this 10th day of August, 2010.



_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE